## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BAKER,** | : | **CIVIL ACTION NO. 108-CV-1741** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **SOUTHERN YORK AREA SCHOOL** | : | |
| **DISTRICT,** | : | |
| **Defendant** | : | |

## O R D E R

AND NOW, this 19th day of August, 2011, it is hereby ORDERED that the

status conference scheduled for August 22, 2011, is hereby CANCELLED.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge